# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:18-CR-21-3-TLS |
| | ) | |
| CORNELL ALLEN | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 326], filed on August 7, 2019. The Defendant has waived objection to the Findings and Recommendation.

Being duly advised, the Court MODIFIES the Findings and Recommendation [ECF No. 326] only in that (1) the pleas of guilty are to the offenses charged in Counts 1 and 2 of the Superseding Indictment and (2) U.S. Probation is not required to delay preparation of a presentence investigation report until after the trial of the co-defendants; and, the Court ACCEPTS the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the pleas of guilty to the offenses charged in Counts 1 and 2 of the Superseding Indictment are hereby ACCEPTED, and the Defendant is adjudged GUILTY of the offenses.

The Sentencing Scheduling Order scheduling sentencing-related deadlines and hearings will be issued by separate order.

SO ORDERED on August 27, 2019.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT