# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO: 2:18-CR-21 -TLS |
| | ) | |
| | ) | |
| CORNELL ALLEN | | |

## SENTENCING SCHEDULING ORDER

On August 7, 2019, a Change of Plea Hearing was held before the Magistrate Judge. Pursuant to the Order Adopting the Magistrate Judge's Report and Recommendations [ECF No. 337] issued on August 27, 2019], the Court sets forth the following deadlines and hearing dates:

| | |
|---|---|
| The **Proposed Pre-Sentence Report** be disclosed to counsel no later than: | November 8, 2019 |
| Counsels' **Pre-Sentence Report Objections OR Acknowledgment of No Objections** to the Probation Officer and opposing counsel no later than **fourteen (14) days after disclosure**. | |
| The **Final Pre-Sentence Report** be submitted to the Court and disclosed to counsel no later than: | December 6, 2019 |
| The parties' **sentencing-related motions and/or memoranda and/or request for evidentiary hearing**: | December 20, 2019 |
| A **Telephonic Sentencing Status Conference SET** before Chief Judge Theresa L. Springmann for: | January 13, 2020<br>10:00 AM (Central)<br>(Court will initiate call) |
| The **Sentencing Hearing** is **SET** before Chief Judge Theresa L. Springmann for: | January 28, 2020<br>1:30 PM (Central) |

For any cases involving forfeiture, the Government must file a Notice **two (2) weeks before Sentencing** advising as to the status of any forfeiture proceedings, including whether the Defendant agreed to forfeit the property at issue in a plea agreement; whether criminal forfeiture is still being sought as part of the sentence and judgment; or whether, instead, the Government is pursuing civil or administrative forfeiture; the date of any preliminary order of forfeiture; and the status of any third party claims to interest in the property.

SO ORDERED on August 27, 2019.

    s/ Theresa L. Springmann  
CHIEF JUDGE THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT